IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JABARI WRIGHT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RL LIQUOR,<br>RUTH L. DAILEY, and<br>DOES 1-5,<br><br>　　　　　Defendants. | 8:15CV271<br><br>ORDER |

The court has been informed by counsel for the defendants that the defendants will not participate in the settlement conference currently scheduled for January 20, 2016, at 1:00 p.m. In accordance with paragraph 3 of the Settlement Conference Order (Filing No. 41), the settlement conference is cancelled. However, counsel for the parties shall participate in a **telephone planning conference** with the undersigned magistrate judge at the time previously scheduled for the settlement conference, **January 20, 2016, at 1:00 p.m.**, for the purpose of scheduling this matter to trial. **Defendants' counsel shall initiate the call**.

Dated this 15th day of January, 2016.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge