**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **JABARI WRIGHT,** | | |
| **Plaintiff,** | **8:15CV271** | |
| **vs.** | | |
| **RL LIQUOR,** **RUTH L. DAILEY, and** **DOES 1-5,** | **ORDER** | |
| **Defendants.** | | |

This matter is before the court following a telephone conference held on January 20, 2016, with counsel for the parties. Ross Pesek represented the plaintiff and Dana C. Bradford, III, represented the defendants.

**IT IS ORDERED:**

1.     The parties shall file cross-motions for summary judgment **on or before February 1, 2016**.

2.     A telephone conference with the undersigned magistrate judge will be held within **ten business days** following the court's ruling on the cross-motions for summary judgment for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial, if necessary. **Plaintiff's counsel shall arrange and initiate the telephone conference with all participating counsel and the court**.

Dated this 20th day of January, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge