IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JABARI WRIGHT,<br><br>        Plaintiff,<br><br>vs.<br><br>RL LIQUOR, RUTH L. DAILEY and R2, D2, INC.,<br><br>        Defendants. | **8:15CV271**<br><br>**ORDER** |

This matter is before the court on the plaintiff's motion for an extension of time in which to file a post-trial brief (Filing No. 94) and defendants' opposition thereto (Filing No. 95). The court finds the motion should be granted in part. Accordingly,

IT IS ORDERED:

1. The plaintiff shall file his post-trial brief on or before the close of business on Wednesday, November 9, 2016.

2. The defendant shall file its responsive brief by the close of business on Friday, November 18, 2016.

3. The plaintiff shall file his reply brief on or before the close of business on Wednesday, November 23, 2016.

Dated this 24th day of October, 2016.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge